**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION**

| | |
|---|---|
| WILLIE MOORE and MARTHA MOORE, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | *    CV 320-060 |
| BRANDON CRAWFORD, COWBOY USA | * |
| EXPEDITED SERVICES, LLC, | * |
| EMPLOYERS MUTUAL CASUALTY | * |
| COMPANY, and JOHN DOES 1-10, | * |
| | * |
| Defendants. | * |

**O R D E R**

The captioned case was inadvertently opened in the wrong division of the Southern District of Georgia. Plaintiffs' counsel intended the Complaint to be filed in the Augusta Division, which appears appropriate since the subject accident occurred in McDuffie County, which lies within the Augusta Division. (<u>See</u> Compl., Doc. No. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Augusta Division and is assigned Civil Action Number 1:20-CV-132.

**ORDER ENTERED** at Augusta, Georgia this 11th day of September, 2020.

_/s/ Dudley H. Bowen_
UNITED STATES DISTRICT JUDGE